PROB 12C
(7/93)

Report Date: February 1, 2010

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 01 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Justin Robert Gallagher      Case Number: 2:09CR00035-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 1/17/2008

Original Offense:    Failure to Pay Legal Child Support, 18 U.S.C. § 228(a)(3)

Original Sentence:   Probation - 60 Months          Type of Supervision: Probation

Asst. U.S. Attorney: Aine Ahmed                 Date Supervision Commenced: 1/17/2008

Defense Attorney:    Roger Peven                Date Supervision Expires: 1/16/2013

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/17/2009.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

4 | **Special Condition # 21**: You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Justin Gallagher is considered in violation of his period of supervised release in the Eastern District of Washington by using a controlled substance, methamphetamine, on or prior to January 20, 2010.

On January 20, 2010, the defendant reported to ADDS in Moses Lake and supplied a urine sample for testing. This sample returned presumptive positive for the presence of methamphetamine. The sample was forwarded to Kroll Laboratory Specialists for additional screening. The sample was confirmed positive for the presence of methamphetamine on January 25, 2010.

Prob12C
Re:  Gallagher, Justin Robert
February 1, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/01/2010

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

_____
Signature of Judicial Officer

2/1/10
Date